IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN DELANEY OF (CFCF), et al.,<br><br>          Respondents. | CIVIL ACTION<br>NO. 20-1244 |

## ORDER

**AND NOW**, this 4th day of May 2020, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Amended Motion for Writ of Habeas Corpus (Doc. No. 6), and the Report and Recommendation that the Petition for a Writ of Habeas Corpus be Dismissed (Doc. No. 7), it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED**.

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.